IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| JAY GILBERT | ) | CASE NO. 06-06183 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE JOHN SQUIRES
BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 30th day of May, 2006. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of June 25, 2008 is as follows:
   a. RECEIPTS (See Exhibit C)      $ 86,699.35
   b. DISBURSEMENTS (See Exhibit C)      $ 9,341.69

|     |     |                                                                                    |            |
| --- | --- | ---------------------------------------------------------------------------------- | ---------- |
| c.  |     | NET CASH available for distribution                                                | $ 77,357.66 |
| d.  |     | ADMINISTRATIVE EXPENSES:                                                           |            |
|     | 1.  | Trustee compensation requested (See Exhibit E)                                     | $7,584.97  |
|     | 2.  | Trustee Expenses (See Exhibit E)                                                   | $1.94      |
|     | 3.  | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $0.00      |

5. The Bar Date for filing unsecured claims expired on March 14, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|     |                                                        |             |
| --- | ------------------------------------------------------ | ----------- |
| a.  | Allowed unpaid secured claims                          | $282,338.91 |
| b.  | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $7,586.91   |
| c.  | Allowed Chapter 11 administrative claims               | $0.00       |
| d.  | Allowed priority claims                                | $29,810.85  |
| e.  | Allowed unsecured claims                               | $447,688.31 |
| f.  | Other: Tardy claims                                    | $43.42      |

7. Trustee proposes that unsecured creditors receive a distribution of 6.67% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $7,800. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (See Exhibit G).

9. A fee of $4,951 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C.

§§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: __6/25/08_____

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors of the debtor (1 hour). The Trustee also conferred with counsel for a creditor, Arthur Wong, regarding the litigation leading up to this case and counsel for Oak Brook Bank (.7 hours).

The Trustee discussed the tax refund with counsel for the debtor's spouse and debtor's divorce lawyer (1 hour). The Trustee obtained the debtor's life insurance policies and Pepsi stock and liquidated same (2.5 hours).

The Trustee also consulted with her attorney, David Brown, regarding the debtor's equity interest as a partner in Kutak Rock. She reviewed the adversary complaint prior to filing. The Trustee participated in a negotiation session with her attorney, the debtor and counsel to the debtor, Robert Benjamin and was able to reach an out of court resolution of the adversary (5 hours).

The Trustee investigated the asset of Gilbert LLC, including reviewing cancelled checks and bank statements (1 hour), meeting with appraisers and obtaining a verbal appraisal of the real estate owned by the LLC (2.4 hours).

The Trustee has reviewed the claims filed in this case (2 hours). She contacted Arthur Wong's attorney regarding an amendment to Arthur Wong's claim (.5 hours) and discussed the IRS claim with IRS personnel (.3 hours). The Trustee drafted and filed and appeared in Court on the objection to Wells Fargo claim (1 hour).

The Trustee prepared the final report in this case (3.8 hours).

The Trustee anticipates that in the future she will appear in court at the hearing on compensation and reimbursement of expenses (.3 hours). The Trustee will file the final report electronically with the court (.4 hours). The Trustee will close the interest bearing account and open a checking account and issue the final distribution checks (1.0 hours). The Trustee will monitor the bank account until all checks are cashed and, if necessary, deposit uncashed funds with the Clerk of the Court (1 hour). The Trustee will then draft and file the Final Account in this case.

23.9 total hours @$325 = $7,767.50

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                                    Amount Abandoned

    See attached Individual Estate Property Record

| Property abandoned or to be abandoned: | |
|---|---|
| Washington Mutual bank account with value of | $0.00 |
| Citibank account with value of | $100.00 |
| Oak Brook account with value of | $100.00 |
| BGM Management with value of | $250.00 |
| Household goods claimed exemption in amount of | $2,000.00 |
| Compact discs with value of | $100.00 |
| Wearing apparel claimed exempt in amount of | $500.00 |
| General American life insurance policy – no cash value | $0.00 |
| IRA & 401(k) account claimed exempt with values of | $146,928.47 |
| Partner Kutak Rock LLL with value of | $100.00 |
| Robt Sanford account receivable with value of | $3,400.00 |
| Cross claim with value of | $500,000.00 |
| Law license with value of | $100.00 |
| 1993 Subaru – claimed exempt | $1,000.00 |
| 2004 GMC Yukon – lien to GMAC | $24,000.00 |
| Kayak with value of | $250.00 |
| Office equipment, incl printer, copier | $5,500.00 |
| Health Savings Account claimed exempt up to | $377.42 |
| **TOTAL AMOUNT ABANDONED:** | **$684,705.89** |

Unscheduled Property

    Merrill Lynch refund of $9.83
    Post petition interest of $714.13

| | |
|---|---|
| TOTAL RECEIPTS | $86,699.35 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $684,705.89 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $155,905.89 |

EXHIBIT B

| Case No: | 06--06183 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GILBERT, JAY | | | Date Filed (f) or Converted (c): | 05/30/06 (f) |
| | | | | 341(a) Meeting Date: | 07/11/06 |
| For Period Ending: 07/01/08 | | | | Claims Bar Date: | 03/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. Washington Mutual bank account | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. USBank account | 50.00 | 0.00 | | 39,812.01 | FA |
| 3. Citibank account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Oak Brook Bank account | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. BGM Management | 250.00 | 0.00 | DA | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. compact discs | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Gemeral American Life policy | 3,111.78 | 0.00 | | 9,715.01 | FA |
| 10. General Ameican Life Insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Blended whole life facr value policy | 4,546.00 | 0.00 | | 3,222.65 | FA |
| 12. A DWS Scudder | 11,665.25 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. IRA Aim Investments | 6,318.62 | 0.00 | DA | 0.00 | FA |
| 14. IRA Ameriprise Financial | 4,190.84 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. IRA Wachovia Securities | 104,318.99 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. 401(k) Kutak Rock | 7,840.02 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. ERISA Qualified account | 12,594.75 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. Pepsi American shres | 257.87 | 0.00 | | 55.83 | FA |
| 19. GLBRT LLC | 425,000.00 | 0.00 | | 11,101.00 | FA |
| 20. Partner Kutak Rock LLC | 100.00 | 0.00 | DA | 0.00 | FA |
| 21. Robert Sanford account receivable | 3,400.00 | 0.00 | DA | 0.00 | FA |
| 22. Cross claim for contribution | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 23. TAX REFUNDS | 3,680.00 | 0.00 | | 2,068.89 | FA |
| 24. law license | 100.00 | 0.00 | DA | 0.00 | FA |
| 25. 1993 Subaru Legacy | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 26. 2004 GMC Yukon | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 27. kayak | 250.00 | 0.00 | DA | 0.00 | FA |
| 28. OFFICE EQUIPMENT | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 29. Printer copier scanner dictaphone | 500.00 | 0.00 | DA | 0.00 | FA |
| 30. Health Savings Account | 377.42 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 31. capital contribution to Kutak Rock | 35,441.00 | 0.00 | | 20,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 32. Post-Petition Interest Deposits (u) | Unknown | N/A | | 714.13 | Unknown |
| 33. Merrill Lynch refund (u) | Unknown | 0.00 | | 9.83 | 0.00 |
| | | | | | Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,156,792.54 | $0.00 | | $86,699.35 | $0.00 |

PFORM1                                                                                       Ver 12.63

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Page: 2

ASSET CASES

| Case No. | 06--06183 | SQU | Judge: JOHN SQUIRES |
|---|---|---|---|
| Case Name: | GILBERT, JAY | | |

Trustee Name:   BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c):   05/30/06 (f)
341(a) Meeting Date:   07/11/06
Claims Bar Date:   03/14/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/09     Current Projected Date of Final Report (TFR): 12/30/09

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 07/01/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1

Ver: 12.63

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 06-06183 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GILBERT, JAY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5619 Money Market - Interest Bearing |
| Taxpayer ID No. | *******0513 | | | |
| For Period Ending | 06/25/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/10/06 | 2 | USBank<br>PO Box 5220<br>cincinnati OH 45201 | turnover of bank account | 1129-000 | 39,812.01 | | 39,812.01 |
| 10/31/06 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.75 | | 39,833.76 |
| 11/30/06 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.74 | | 39,866.50 |
| 12/29/06 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.85 | | 39,900.35 |
| 01/05/07 | 19 | JAY GILBERT<br>479 N. Main St<br>Glen Ellyn IL 60137 | earnest $ for trustee int in LLC | 1129-000 | 1,000.00 | | 40,900.35 |
| 01/19/07 | 000101 | Clerk, United States Bankruptcy Court<br>219 S. Dearborn St<br>Chicago IL 60604 | adversary v. Kutak Rock | 2690-000 | | 250.00 | 40,650.35 |
| 01/23/07 | 23 | Linda Gilbert<br>388 Montclair<br>Glen Ellyn IL 60137 | tax refund | 1124-000 | 1,840.00 | | 42,490.35 |
| 01/23/07 | 32 | Linda Gilbert<br>388 Montclair<br>Glen Ellyn IL 60137 | Merrill Lynch refund | 1229-000 | 9.83 | | 42,500.18 |
| 01/23/07 | 23 | Linda Gilbert<br>388 Montclair<br>Glen Ellyn IL 60137 | tax refund - Nebraska | 1129-000 | 228.89 | | 42,729.07 |
| 01/31/07 | 19 | Gesas Pilati Gesas and Golin | earnest money deposit | 1129-000 | 1,000.00 | | 43,729.07 |
| 01/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 34.93 | | 43,764.00 |
| 02/26/07 | 000102 | Arthur Wong | return or earnest money deposit | 2990-000 | | 1,000.00 | 42,764.00 |
| 02/27/07 | 000103 | International Sureties, Ltd | bond premium | 2300-000 | | 46.01 | 42,717.99 |
| 02/28/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.54 | | 42,751.53 |
| 03/06/07 | 19 | Jay Gilbert<br>479 N. Main St #200<br>Glen Ellyn IL 60137 | purchase of debtor's int in GLBRT L | 1129-000 | 9,101.00 | | 51,852.53 |
| 03/30/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.01 | | 51,894.54 |
| 04/20/07 | 000104 | Drue J.Gilbert<br>388 N. Montclair Ave<br>Glen Ellyn IL 60137 | non-debtor funds returned | 8500-000 | | 150.69 | 51,743.85 |
| 04/30/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.65 | | 51,786.50 |
| 05/18/07 | 9 | General American Life Insurance<br>P.O. Box 396<br>St Louis MO 63166 | proceeds of life insurance policy | 1129-000 | 9,715.01 | | 61,501.51 |
| 05/18/07 | 11 | General American Life Insurance Co<br>P.O. Box 14490<br>St. Louis MO 63178 | proceeds of life insurance policy | 1129-000 | 3,222.65 | | 64,724.16 |
| 05/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 46.83 | | 64,770.99 |
| 06/15/07 | 18 | Pepsi Americas<br>c/o Wells Fargo Bank<br>Shareowner Services<br>P.O. Box 64856<br>St. Paul MN 55164 | sale of Pepsi stock | 1129-000 | 55.83 | | 64,826.82 |
| 06/29/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.25 | | 64,880.07 |
| 07/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 55.11 | | 64,935.18 |

PFORM24

Ver 12.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06183 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GILBERT, JAY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5619 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0513 | | | |
| For Period Ending: | 06/25/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 55.15 | | 64,990.33 |
| 09/14/07 | 31 | Jay Gilbert<br>479 N. Main St. Ste 200<br>GlenEllyn IL 60137 | Settlement of Kutak Rock adversary | 1141-000 | 10,000.00 | | 74,990.33 |
| 09/28/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 43.64 | | 75,033.97 |
| 10/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 47.80 | | 75,081.77 |
| 11/30/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 40.11 | | 75,121.88 |
| 12/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 35.91 | | 75,157.79 |
| 01/23/08 | 31 | Jay Gilbert<br>479 Main St. Ste 200<br>Glen Ellyn IL 60137 | settlement of Kutak Rock adversary | 1141-000 | 10,000.00 | | 85,157.79 |
| 01/31/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 30.10 | | 85,187.89 |
| 02/14/08 | 000105 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 94.99 | 85,092.90 |
| 02/26/08 | 000106 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 7,800.00 | 77,292.90 |
| 02/29/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 20.24 | | 77,313.14 |
| 03/31/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 18.85 | | 77,331.99 |
| 04/30/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.85 | | 77,347.84 |
| 05/30/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.82 | | 77,357.66 |

Total Of All Accounts   77,357.66

Ver 12.63

PFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                                    CHAPTER 7

GILBERT, JAY                                    CASE NO. 06--06183-SQU

                     Debtor(s).                       HON. JOHN SQUIRES

**PROPOSED DISTRIBUTION REPORT**

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,586.91 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $10,101.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $29,810.85 |
| General Unsecured Claims: | $29,858.90 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$77,357.66** |

**EXHIBIT D**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 282,338.91 | 3.58 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 2* | Wells Fargo Bank Real Estate-Consensual Liens | $272,237.91 | $0.00 |
| 5A | Patricia Karll, Trustee Personal Property & Intangibles-Consensual Liens | $8,080.77 | $8,080.77 |
| 6A | Patricia Karll, Trustee Personal Property & Intangibles-Consensual Liens | $2,020.23 | $2,020.23 |
| **CLASS TOTALS** | | **$282,338.91** | **$10,101.00** |

\* No distribution on this claim pursuant to court order entered on March 25, 2008

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,586.91 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $7,584.97 | $7,584.97 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $1.94 | $1.94 |
| **CLASS TOTALS** | | **$7,586.91** | **$7,586.91** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 67,966.80 | 43.86 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 8 | Department Of Treasury Claims of Governmental Units--507 | $29,810.85 | $29,810.85 |
| 3 * | Dept Of Treasury Claims of Governmental Units--507 | $38,155.95 | $0.00 |
| | **CLASS TOTALS** | **$67,966.80** | **$29,810.85** |

* Claim filed by debtor is superceded by claim #8 filed by creditor pursuant to Bankruptcy Rule 3005 (b)

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 447,688.31 | 6.67 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 7 | Arthur Wong And BPC Partnership General Unsecured 726 | $292,089.32 | $19,481.11 |
| 4 | Citibank General Unsecured 726 | $594.86 | $39.67 |
| 5 | Patricia Karll Trustee General Unsecured 726 | $121,921.48 | $8,131.65 |
| 6 | Patricia Karll, Trustee General Unsecured 726 | $30,480.91 | $2,032.95 |
| 1 | Us Bank Na General Unsecured 726 | $2,601.74 | $173.52 |
| | CLASS TOTALS | $447,688.31 | $29,858.90 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 43.42 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 8A | Department Of Treasury Tardy General Unsecured 726 | $43.42 | $0.00 |
| | **CLASS TOTALS** | **$43.42** | **$0.00** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____