IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 0-06183 |
| JAY GILBERT | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   AT: COURTROOM 4016
       DUPAGE COUNTY COURTHOUSE
       505 NORTH COUNTY FARM ROAD
       WHEATON, IL 60187

   ON:  **September 12, 2008**          AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   | | |
   |---|---|
   | RECEIPTS | $86,699.35 |
   | DISBURSEMENTS | $9,341.69 |
   | NET CASH AVAILABLE FOR DISTRIBUTION | $77,357.66 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $7,584.97 | $1.94 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Patricia Karll, Trustee filed secured claims totaling $10,101.00 and will receive payment of 100% on those claims.

7. Internal Revenue Service filed a priority claim in the amount of $29,810.85 and will receive payment of 100% of its claim.  Internal Revenue Service also filed a claim for $43.42 for penalties, but that claim was filed late and will receive no distribution.

8. General unsecured creditors filed claims totaling $447,688.31and will receive a distribution of 6.67% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Arthur Wong and BPC Partnership | $292,089.32 | $19,481.11 |
| Citibank | $594.86 | $39.67 |
| Patricia Karll, Trustee | $121,921.48 | $8,131.65 |
| Patrical Karll, Trustee | $30,480.91 | $2,032.95 |
| US Bank | $2,601.74 | $173.52 |

All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank account | $0.00 |
| Bank account | $100.00 |
| Bank account | $100.00 |

| | |
|---|---:|
| BGM Management | $250.00 |
| Household goods | $2,000.00 |
| Compact discs | $100.00 |
| Wearing apparel | $500.00 |
| Life Insurance policy | $0.00 |
| IRA & 401(k) account | $146,928.47 |
| Partner Kutak Rock LLL | $100.00 |
| Robt Sanford account receivable | $3,400.00 |
| Cross claim | $500,000.00 |
| Law license | $100.00 |
| 1993 Subaru | $1,000.00 |
| 2004 GMC Yukon | $24,000.00 |
| Kayak | $250.00 |
| Office equipment | $5,500.00 |
| Health Savings Account | $377.42 |

For the Court:

Dated: **August 6, 2008**       **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee: Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)