IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 0-06183 |
| JAY GILBERT | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 4016
   DUPAGE COUNTY COURTHOUSE
   505 NORTH COUNTY FARM ROAD
   WHEATON, IL 60187

   ON: **September 12, 2008**            AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                           $86,699.35

   DISBURSEMENTS                                      $9,341.69

   NET CASH AVAILABLE FOR DISTRIBUTION  $77,357.66

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $7,584.97 | $1.94 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Patricia Karll, Trustee filed secured claims totaling $10,101.00 and will receive payment of 100% on those claims.

7. Internal Revenue Service filed a priority claim in the amount of $29,810.85 and will receive payment of 100% of its claim. Internal Revenue Service also filed a claim for $43.42 for penalties, but that claim was filed late and will receive no distribution.

8. General unsecured creditors filed claims totaling $447,688.31and will receive a distribution of 6.67% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Arthur Wong and BPC Partnership | $292,089.32 | $19,481.11 |
| Citibank | $594.86 | $39.67 |
| Patricia Karll, Trustee | $121,921.48 | $8,131.65 |
| Patrical Karll, Trustee | $30,480.91 | $2,032.95 |
| US Bank | $2,601.74 | $173.52 |

All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank account | $0.00 |
| Bank account | $100.00 |
| Bank account | $100.00 |

| | |
|---|---:|
| BGM Management | $250.00 |
| Household goods | $2,000.00 |
| Compact discs | $100.00 |
| Wearing apparel | $500.00 |
| Life Insurance policy | $0.00 |
| IRA & 401(k) account | $146,928.47 |
| Partner Kutak Rock LLL | $100.00 |
| Robt Sanford account receivable | $3,400.00 |
| Cross claim | $500,000.00 |
| Law license | $100.00 |
| 1993 Subaru | $1,000.00 |
| 2004 GMC Yukon | $24,000.00 |
| Kayak | $250.00 |
| Office equipment | $5,500.00 |
| Health Savings Account | $377.42 |

For the Court:

Dated:  **August 6, 2008**            **KENNETH S. GARDNER**
                                       Kenneth S. Gardner, Clerk
                                       United States Bankruptcy Court

Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427
          (773) 267-9405 (fax)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1            Date Rcvd: Aug 06, 2008
Case: 06-06183                Form ID: pdf002             Total Served: 33

The following entities were served by first class mail on Aug 08, 2008.
db          +Jay Gilbert,   1445 S Lorraine Road Apt 218,   Wheaton, IL 60187-7066
aty         +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty         +Robert R Benjamin,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
              Chicago, IL 60604-2686
tr          +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
              Chicago, IL 60625-5104
10754734    +Arthur Wong,   1 E. Wacker Dr., Suite 2120,   Chicago, IL 60601-1474
11234263    +Arthur Wong and BPC Partnership,   One East Wacker Dr Suite 3901,   Chicago IL 60601-1811
10754736    +BP Amoco,   The Credit Card Center,   PO Box 680914,   Des Moines, IA 50368-0001
10754737    +BPC Partnership,   c/o Donald Glassberg a/t Lee Trust,   2 N. LaSalle, Suite 1300,
              Chicago, IL 60602-3709
10754738     Citi Cards,   P.O. Box 688918,   Des Moines, IA 50368-8918
11162366    +Citibank (South Dakota). N.A.,   DBA:  BP,   4740 121st ST,   Urbandale, Ia 50323-2402
10754739    +Citibank , FSB,   100 Citibank Drive,   San Antonio, TX 78245-3202
10754741    +GLBRT LLC,   479 N. Main Street,   Glen Ellyn, IL 60137-5173
10754742    +GMAC,   PO Box 9001952,   Louisville, KY 40290-1952
10754740    +General American Life Ins.,   PO Box 6250,   Johnstown, PA 15907-6250
10754743   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,   Internal Revenue Service,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10754744    +James & Anne Agust,   100 N. Oak Park Ave.,   Oak Park, IL 60301-1304
10754745    +Lakeside Bank c/o John J. Turner,   Law Offices of Victor J. Cacciatore,
              527 S. Wells St.,8th Floor,   Chicago, IL 60607-3922
10754746    +Law offices of John Kalmman,   221 N. LaSalle Street, Suite 1200,   Chicago, IL 60601-1305
10754747    +Linda H. Gilbert,   388 Montclair Ave.,   Glen Ellyn, IL 60137-5040
10754750    +MIlton Levenfeld,   2 N. LaSalle St., Suite 1300,   Chicago, IL 60602-3709
10754748     Marshall Fields,   PO Box 94578,   Cleveland, OH 44101-4578
10754749     Mary H. Schramer,   05224 Park STreet,   Winfield, IL 60190
10754751    +Oak Brook Bank,   PO Box 5165,   Oak Brook, IL 60522-5165
10754752    +Patricia M. Karll,   655 Bremer Ct.,   Glen Ellyn, IL 60137-5022
10754753    +Patricia M. Karll Trustee,   655 Bremer CT.,   Glen Ellyn, IL 60137-5022
10754754    +Robert A. Sanford,   30173 Corte Cantera,   Temecula, CA 92591-5347
10754755     Schopf & Weiss LLP,   312 W. Randolph St., Suite 300,   Chicago, IL 60606
10754756   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790179,   Saint Louis, MO 63179)
11091725    +US Bank NA,   Bankruptcy Department,   PO Box 5229,   Cincinnati, Ohio 45201-5229
10754757     US Bank NA, ND,   PO Box 790408,   Saint Louis, MO 63179-0408
11132453    +Wells Fargo Bank NA,   3476 Stateview Blvd,   MAC X7801 014,   Fort Mill, SC 29715-7203
10754758    +Wells Fargo Home Mortgage,   PO Box 6429,   Carol Stream, IL 60197-6429
10754759     Z-Axis Corporation,   545 DTC Parkway,   Suite 450,   Englewood, CO 80111
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10754735     BGM Management
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 08, 2008**                         **Signature:** *Joseph Speetjens*