IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAY GILBERT )  NO. 06-6183
             )  HON. JOHN H. SQUIRES.
             )  BANKRUPTCY JUDGE

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
    United States Bankruptcy Judge

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.


Dated: November 18, 2008                    /s/ Brenda Porter Helms
                                            _____
                                            Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                              CHAPTER 7

JAY GILBERT                                         CASE NO. 06--06183

Debtor(s).                                          HON. JOHN SQUIRES

FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,586.91 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $10,101.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $29,810.85 |
| General Unsecured Claims: | $29,891.26 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $77,390.02 |

EXHIBIT D

Group Exhibit A

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $282,338.91 | 100 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 2 | Wells Fargo Bank | $272,237.91 | $0.00 |
|   | Real Estate-Consensual Liens | | |
| 5A | Patricia Karll, Trustee | $8,080.77 | $8,080.77 |
|   | Personal Property & Intangibles-Consensual Liens | | |
| 6A | Patricia Karll, Trustee | $2,020.23 | $2,020.23 |
|   | Personal Property & Intangibles-Consensual Liens | | |
|   | CLASS TOTALS | $282,338.91 | $10,101.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,586.91 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
|   | Brenda Porter Helms, Trustee | $7,584.97 | $7,584.97 |
|   | Trustee Compensation | | |
|   | Brenda Porter Helms, Trustee | $1.94 | $1.94 |
|   | Trustee Expenses | | |
|   | CLASS TOTALS | $7,586.91 | $7,586.91 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 67,966.80 | 43.86 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 8 | Department Of Treasury Claims of Governmental Units-507 | $29,810.85 | $29,810.85 |
| 3 * | Dept Of Treasury Claims of Governmental Units--507 | $38,155.95 | $0.00 |
| | CLASS TOTALS | $67,966.80 | $29,810.85 |

* Claim filed by debtor is superceded by claim #8 filed by creditors pursuant to Bankruptcy Rule 3005(b)

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 447,688.31 | 6.68 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 7 | Arthur Wong And BPC Partnership General Unsecured 726 | $292,089.32 | $19,502.22 |
| 4 | Citibank General Unsecured 726 | $594.86 | $39.72 |
| 5 | Patricia Karll Trustee General Unsecured 726 | $121,921.48 | $8,140.46 |
| 6 | Patricia Karll, Trustee General Unsecured 726 | $30,480.91 | $2,035.15 |
| 1 | Us Bank NA General Unsecured 726 | $2,601.74 | $173.71 |
| | CLASS TOTALS | $447,688.31 | $29,891.26 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 43.42 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 8A | Department Of Treasury Tardy General Unsecured 726 | $43.42 | $0.00 |
| | CLASS TOTALS | $43.42 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _9/12/08_                            _/s/ Brenda Porter Helms
                                             Trustee

06-06183 63 1 Application for Compensation:Proposed Order Entered: 7/29/2008 12:25:07 PM by:Brenda Helms Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| JAY GILBERT | ) | CASE NO. 06-06183 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES
### AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $7,584.97 |
| 2. | Trustee's expenses | $1.94 |
| | TOTAL | $7,586.91 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2008.

ENTERED:

EP 1 2 2008

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| JAY GILBERT | ) | CASE NO. 06-06183 |
| | ) | |
| | ) | JUDGE SQUIRES |
| DEBTOR. | ) | |

ORDER APPROVING FINAL COMPENSATION TO
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC

THIS CAUSE COMING TO BE HEARD in the Motion of Brenda Porter Helms, Trustee for Authority to Pay Final Compensation to Springer, Brown, Covey, Gaertner & Davis, LLC, duly appointed counsel for the estate, pursuant to Bankruptcy Code §330, Trustee having provided twenty-day notice thereof to the United States Trustee, the Debtor, and all creditors of this Estate; and the Court being fully advised in the premises, now therefore, for the reasons stated in Open Court, it is hereby

ORDERED that final compensation in the amount of $7,800.00 to Springer, Brown, Covey, Gaertner & Davis, LLC is hereby approved; and it is further

ORDERED that Trustee be, and she hereby is, authorized to pay Springer, Brown, Covey, Gaertner & Davis, LLC final compensation in the amount of $7,800.00.

Dated: February 22, 2008

Entered:

_____
United States Bankruptcy Judge

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road, Suite 330
Wheaton, IL 60187
P: 630-510-0000
F: 630-510-0004
Email: dbrown@springerbrown.com

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-06183-SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name | GILBERT, JAY | | Bank Name | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5619 Money Market - Interest Bearing |
| Taxpayer ID No | *******0513 | | | |
| For Period Ending | 11/18/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account Balance |
| 10/10/06 | 2 | USBank<br>PO Box 5220<br>cincinnati OH 45201 | turnover of bank account | 1129-000 | 39,812.01 | | |
| 10/31/06 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.75 | | |
| 11/30/06 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.74 | | |
| 12/29/06 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.85 | | |
| 01/05/07 | 19 | JAY GILBERT<br>479 N. Main St<br>Glen Ellyn IL 60137 | earnest $ for trustee int in LLC | 1129-000 | 1,000.00 | | |
| 01/19/07 | 000101 | Clerk, United States Bankruptcy Court<br>219 S. Dearborn St<br>Chicago IL 60604 | adversary v. Kutak Rock | 2690-000 | | 250.00 | |
| 01/23/07 | 23 | Linda Gilbert<br>388 Montclair<br>Glen Ellyn IL 60137 | tax refund | 1124-000 | 1,840.00 | | |
| 01/23/07 | 33 | Linda Gilbert<br>388 Montclair<br>Glen Ellyn IL 60137 | Merrill Lynch refund | 1229-000 | 9.83 | | |
| 01/23/07 | 23 | Linda Gilbert<br>388 Montclair<br>Glen Ellyn IL 60137 | tax refund - Nebraska | 1129-000 | 228.89 | | |
| 01/31/07 | 19 | Gesas Pilati Gesas and Golin | earnest money deposit | 1129-000 | 1,000.00 | | |
| 01/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 34.93 | | |
| 02/26/07 | 000102 | Arthur Wong | return of earnest money deposit | 2990-000 | | 1,000.00 | |
| 02/27/07 | 000103 | International Sureties, Ltd | bond premium | 2300-000 | | 46.01 | |
| 02/28/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.54 | | |
| 03/06/07 | 19 | Jay Gilbert<br>479 N. Main St #200<br>Glen Ellyn IL 60137 | purchase of debtor's int in GLBRT L | 1129-000 | 9,101.00 | | |
| 03/30/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.01 | | |
| 04/20/07 | 000104 | Drue J Gilbert<br>388 N. Montclair Ave<br>Glen Ellyn IL 60137 | non-debtor funds returned | 8500-000 | | 150.00 | |
| 04/30/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.65 | | |
| 05/18/07 | 9 | General American Life Insurance<br>P.O. Box 396<br>St. Louis MO 63166 | proceeds of life insurance policy | 1129-000 | 9,715.01 | | |
| 05/18/07 | 11 | General American Life Insurance Co<br>P.O. Box 14490<br>St. Louis MO 63178 | proceeds of life insurance policy | 1129-000 | 3,222.65 | | |
| 05/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 46.83 | | |
| 06/15/07 | 18 | Pepsi Americas<br>c/o Wells Fargo Bank<br>Shareowner Services<br>P.O. Box 64856<br>St. Paul MN 55164 | sale of Pepsi stock | 1129-000 | 55.83 | | |
| 06/29/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.25 | | |
| 07/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 55.11 | | |
| 08/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 55.15 | | |

Exhibit B

FORM2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06183-SQU | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GILBERT, JAY | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******5619 Money Market - Interest Bear |
| Taxpayer ID No: | *******0513 | | | | |
| For Period Ending: | 11/18/08 | | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account Balance |
| 09/13/07 | 31 | Jay Gilbert<br>479 N. Main St. Ste 200<br>GlenEllyn IL 60137 | Settlement of Kutak Rock adversary | 1141-000 | 10,000.00 | | |
| 09/28/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 43.64 | | |
| 10/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 47.80 | | |
| 11/30/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 40.11 | | |
| 12/31/07 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 35.91 | | |
| 01/23/08 | 31 | Jay Gilbert<br>479 Main St. Ste 200<br>Glen Ellyn IL 60137 | settlement of Kutak Rock adversary | 1141-000 | 10,000.00 | | |
| 01/31/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 30.16 | | |
| 02/14/08 | 000105 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 94.99 | |
| 02/26/08 | 000106 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 7,800.00 | |
| 02/29/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 20.24 | | |
| 03/31/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 18.55 | | |
| 04/30/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.85 | | |
| 05/30/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.82 | | |
| 06/30/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.52 | | |
| 07/31/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.83 | | |
| 08/29/08 | 32 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.83 | | |
| 09/11/08 | 32 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.18 | | |
| 09/11/08 | | Transfer to Acct #*******7653 | Final Posting Transfer | 9999-000 | | 77,390.02 | |

FFORM2A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06183-SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | GILBERT, JAY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7653 Checking - Non Interest |
| Taxpayer ID No: | *******0513 | | | |
| For Period Ending: | 11/18/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) |
| 09/13/08 | | Transfer from Acct #*******5619 | Transfer In From MMA Account | 9999-000 | 77,390.02 | |
| 09/17/08 | 001001 | Patricia Karll, Trustee | final distribution | 4210-000 | | 5,050.77 |
| 09/17/08 | 001002 | Patricia Karll, Trustee | final distribution | 4210-000 | | 2,020.23 |
| 09/17/08 | 001003 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 7,584.97 |
| 09/17/08 | 001004 | Brenda Porter Helms | TRUSTEE'S FEES AND EXPENSES | 2200-000 | | 1.94 |
| 09/17/08 | 001005 | Department of Treasurey Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia PA 19114 | final distribution | 5800-000 | | 29,310.85 |
| 09/17/08 | 001006 | Arthur Wong and BFC Partnership | final distribution | 7100-000 | | 19,592.22 |
| 09/17/08 | 001007 | Citibank DBA BP 4740 121st St Urbandale IA 50323 | final distribution | 7100-000 | | 39.72 |
| 09/17/08 | 001008 | Patricia Karll Trustee 655 Bremer Ct Glen Ellyn IL 60137 | final distribution | 7100-000 | | 8,140.46 |
| 09/17/08 | 001009 | Patricia Karll, Trustee 655 Bremer Ct Glen Ellyn IL 60137 | final distribution | 7100-000 | | 2,035.15 |
| 09/17/08 | 001010 | US Bank NA Bankruptcy Dept P.O. Box 5229 Cincinnati OH 45201 | final distribution | 7100-000 | | 173.71 |

Total Of All Accounts